BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MARJORIE REYNOLDS, as Wrongful Death Heir, and as Successor-in-Interest to JACK REYNOLDS, Deceased, and SCOTT REYNOLDS, LESLYE JOSEPH, STEFANIE ANGULO, as Legal Heirs of JACK REYNOLDS, Deceased,

   Plaintiffs,

vs.

GENERAL ELECTRIC COMPANY, et al.,

   Defendants.

Case No. 3:09-cv-02806-CRB

**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 15, 2013

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY